**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| 3M COMPANY,<br><br>       Plaintiff,<br><br>   -against-<br><br>PERFORMANCE SUPPLY, LLC,<br><br>       Defendant. | Case No.:<br><br>**Jury Trial Demand** |

**PLAINTIFF 3M COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff 3M Company states that 3M Company is a publicly held corporation and no publicly held corporation owns 10% or more of 3M Company's stock.

Dated: April 10, 2020
   New York, New York
                /s/ *A. John P. Mancini*
                A. John P. Mancini
                MAYER BROWN LLP
                1221 Avenue of the Americas
                New York, New York 10020-1001
                Tel.: (212) 506-2500
                Email: JMancini@mayerbrown.com

                *Attorney for Plaintiff 3M Company*