AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| 3M Company | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-02949 (LAP)(KNF) |
| Performance Supply, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff 3M Company                                                                                    .

Date:   04/13/2020

/s/ Jonathan W. Thomas
*Attorney's signature*

Jonathan W. Thomas, 5040779
*Printed name and bar number*
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020

*Address*

JWThomas@mayerbrown.com
*E-mail address*

(212) 506-2226
*Telephone number*

(212) 849-5509
*FAX number*