# EXHIBIT 5

# United States of America
## United States Patent and Trademark Office

# 3M SCIENCE. APPLIED TO LIFE.

**Reg. No. 5,469,903**

**Registered May 15, 2018**

**Int. Cl.: 1, 2, 3, 4, 7, 8, 9, 11, 16, 17, 21**

**Trademark**

**Principal Register**



Director of the United States Patent and Trademark Office

3M Company (DELAWARE CORPORATION)
220-9e-01
3m Center, 2501 Hudson Road
St. Paul, MINNESOTA 55144

CLASS 1: Adhesives for industrial use; body fillers for autobody use

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 2: Coatings for protecting surfaces against moisture, corrosion, contaminants and other conditions

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 3: Cleaning, polishing, scouring and abrasive preparations and substances; abrasives for industrial and domestic use; preparations for cleaning, polishing, glazing, waxing, restoring or preserving finished surfaces of motorized vehicles

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 4: Industrial lubricants

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 7: Abrasive belts, discs, pads, sheets and wheels for power-operated sanders and grinders

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 8: Sanding blocks

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 9: protective safety facial masks, respirators other than for artificial respiration for domestic and industrial use

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 11: Filtering devices, namely, filters for commercial use for use in the purification of air

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 16: Stationery notes containing adhesive on one side for attachment to surfaces; tape flags; adhesive tape dispensers for household, office or stationery use

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 17: Adhesives tapes and adhesive tape dispensers for industrial or commercial use; duct tapes; electrical tapes; masking tapes; mounting tapes for household and commercial use; adhesive foam tapes, double sided adhesive tapes, all for industrial purposes; adhesive backed plastic films for industrial and commercial use

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 21: Scouring, cleaning and scrubbing sponges, and pads

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3241340, 0561157, 0405413

SER. NO. 86-344,821, FILED 07-22-2014