# EXHIBIT 7



## 3M COVID-19 Anti-Fraud, Anti-Price Gouging, and Anti-Counterfeiting Reporting

### Have a concern to report related to Fraud, Price Gouging or Counterfeit product? Fill out form below

At 3M, we are committed to doing all we can to help combat the fraudulent, price gouging, and counterfeit activity that is unfortunately occurring in connection with COVID-19. 3M will not tolerate any such activity by 3M authorized channel partners and we will aggressively pursue third-parties that seek to take advantage of this crisis. We are working with law enforcement authorities around the world – including, in the U.S., the U.S. Attorney General, State Attorneys General, and local authorities.

## COVID-19 Fraud

*Please complete as much of the information requested below as possible. Fields marked with an asterisk are required. Once you submit this report, you will receive an email notification that 3M has received the report. We request that you reply to that email and attach any copies of invoices, contracts, pictures of product and any other relevant documentation that can help us to investigate the situation.*

## Requestor Information

**First Name***

**Last Name***

**Company Name**

**Email/Business Email Address***

**Phone/Business Phone Number***

**Government Agency Name (if applicable)**

**Country/Region***

| United States |

**Account Type***

| Select One |

## Alleged Solicitor/Seller Information

*Please provide as much information as possible.*

**Seller First Name**

**Seller Last Name**

**Seller Company**

**Seller Email**

**Seller Phone**

**Seller's Website**

## Fraud Product Details

**Product 1***

Select One

**Product 1 Price**

**Product 1 3M SKU**

**Product 1 Quantity**

**Product 2**

Select One

**Product 2 Price**

**Product 2 3M SKU**

**Product 2 Quantity**

**Product 3**

Select One

**Product 3 Price**

**Product 3 3M SKU**

**Product 3 Quantity**

**How did the interaction take place?***

Select One

**Interaction URL**

**Product Fraud Details***

*Provide as much detail about the interaction as possible including how you first contacted the seller and what information did the seller provide you regarding the product*

3M respects your right to privacy. 3M will collect, use, and disclose the personal information you provide in accordance with our Privacy Policy. In order to investigate and prosecute fraud, price gouging and fraudulent activity, 3M may voluntarily share information with law enforcement agencies around the world. If 3M elects to share personal information with law enforcement agencies, 3M will have no control over that personal information.

Please be aware that the information you supply about yourself, or any aspect of 3M's operations may result in actions or decisions that may affect others. We ask you to provide only information that, to the best of your knowledge, is correct. You will not be sanctioned for submitting information in good faith, even if it turns out to be inaccurate. However, if you knowingly provide false or misleading information, it may result in disciplinary or judicial action.

Submit

The brands listed above are trademarks of 3M.