UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 3M COMPANY<br><br>      Plaintiff,<br><br>      v.<br><br>PERFORMANCE SUPPLY, LLC,<br><br>      Defendant. | C.A. No. 1:20-cv-02949-LAP<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF CARMINE R. ZARLENGA III** |

The Motion of Carmine R. Zarlenga III for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Ohio and the District of Columbia; and that his contact information is as follows:

Applicant's Name:  Carmine R. Zarlenga III

Firm Name:  Mayer Brown LLP

Address:  1999 K Street NW

City/State/Zip:  Washington, DC  20006-1101

Telephone/Fax:  (202) 263-3000 / (202) 263-3300

Email:  czarlenga@mayerbrown.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff 3M Company in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  April 16, 2020

United States District / Magistrate Judge
April 17, 2020