# EXHIBIT 3

| Jurisdiction | Range | Cases Reported | Community Transmission | URL |
|---|---|---|---|---|
| Alabama | 1001 to 5000 | 4946 | Yes, defined area(s) | http://wwv |
| Alaska | 101 to 1000 | 319 | Yes, defined area(s) | http://dhss |
| American Samoa | None | None | N/A | http://dhss |
| Arizona | 1001 to 5000 | 4929 | Yes, widespread | http://wwv |
| Arkansas | 1001 to 5000 | 1781 | Yes, widespread | https://ww |
| California | 10001 or more | 28963 | Yes, widespread | https://ww |
| Colorado | 5001 to 10000 | 9634 | Yes, widespread | https://ww |
| Connecticut | 10001 or more | 17962 | Yes, widespread | http://wwv |
| Delaware | 1001 to 5000 | 2745 | Yes, widespread | http://wwv |
| District of Columbia | 1001 to 5000 | 2793 | Undetermined | http://doh. |
| Florida | 10001 or more | 25598 | Yes, widespread | http://wwv |
| Georgia | 10001 or more | 18781 | Yes, widespread | http://dph. |
| Guam | 101 to 1000 | 136 | Yes, defined area(s) | https://dph |
| Hawaii | 101 to 1000 | 580 | Yes, defined area(s) | http://heal |
| Idaho | 1001 to 5000 | 1672 | Yes, widespread | http://wwv |
| Illinois | 10001 or more | 30357 | Yes, widespread | http://wwv |
| Indiana | 10001 or more | 11210 | Undetermined | http://wwv |
| Iowa | 1001 to 5000 | 2902 | Yes, widespread | http://idph |
| Kansas | 1001 to 5000 | 1849 | Yes, defined area(s) | http://wwv |
| Kentucky | 1001 to 5000 | 2960 | Undetermined | https://chfs |
| Louisiana | 10001 or more | 23928 | Yes, widespread | http://dhh. |
| Maine | 101 to 1000 | 867 | Yes, widespread | http://wwv |
| Marshall Islands | None | None | N/A | |
| Maryland | 10001 or more | 13684 | Yes, widespread | http://dhm |
| Massachusetts | 10001 or more | 38077 | Yes, widespread | https://ww |
| Michigan | 10001 or more | 31424 | Yes, defined area(s) | http://wwv |
| Micronesia | None | None | N/A | http://wwv |
| Minnesota | 1001 to 5000 | 2470 | Yes, widespread | http://wwv |
| Mississippi | 1001 to 5000 | 4512 | Yes, defined area(s) | http://wwv |
| Missouri | 5001 to 10000 | 5667 | Yes, defined area(s) | http://heal |
| Montana | 101 to 1000 | 433 | Yes, defined area(s) | http://dphl |
| Nebraska | 1001 to 5000 | 1474 | Yes, defined area(s) | http://dhhs |
| Nevada | 1001 to 5000 | 3728 | Yes, defined area(s) | http://dpbl |
| New Hampshire | 1001 to 5000 | 1392 | Yes, widespread | http://wwv |
| New Jersey | 10001 or more | 85301 | Yes, widespread | http://wwv |
| New Mexico | 1001 to 5000 | 1845 | Yes, defined area(s) | http://nmh |
| New York | 10001 or more | 238138 | Yes, widespread | https://ww |
| North Carolina | 5001 to 10000 | 6493 | Yes, widespread | http://wwv |
| North Dakota | 101 to 1000 | 585 | Yes, defined area(s) | http://wwv |
| Northern Marianas | 1 to 100 | 14 | Undetermined | http://chcc |
| Ohio | 10001 or more | 11602 | Undetermined | https://ww |
| Oklahoma | 1001 to 5000 | 2599 | Yes, widespread | https://ww |
| Oregon | 1001 to 5000 | 1910 | Yes, widespread | http://wwv |
| Palau | None | None | N/A | http://wwv |
| Pennsylvania | 10001 or more | 32284 | Yes, defined area(s) | https://ww |
| Puerto Rico | 1001 to 5000 | 1213 | Undetermined | http://wwv |

| State | Cases Range | Cases | Spread | URL |
|---|---|---|---|---|
| Rhode Island | 1001 to 5000 | 4706 | Yes, widespread | http://www |
| South Carolina | 1001 to 5000 | 4377 | Yes, defined area(s) | http://www |
| South Dakota | 1001 to 5000 | 1635 | Yes, defined area(s) | http://doh. |
| Tennessee | 5001 to 10000 | 6796 | Yes, defined area(s) | https://ww |
| Texas | 10001 or more | 18923 | Undetermined | https://ww |
| Utah | 1001 to 5000 | 3151 | Yes, widespread | https://hea |
| Vermont | 101 to 1000 | 812 | Yes, defined area(s) | http://heal |
| Virgin Islands | 1 to 100 | 53 | Undetermined | https://doh |
| Virginia | 5001 to 10000 | 8990 | Yes, widespread | http://www |
| Washington | 10001 or more | 11790 | Yes, widespread | http://www |
| West Virginia | 101 to 1000 | 863 | Yes, defined area(s) | http://www |
| Wisconsin | 1001 to 5000 | 4346 | Yes, widespread | https://ww |
| Wyoming | 101 to 1000 | 426 | Yes, defined area(s) | http://heal |

v.adph.org/
.alaska.gov/Pages/default.aspx
.as/
v.azdhs.gov/
w.healthy.arkansas.gov/
w.cdph.ca.gov/
w.colorado.gov/cdphe
v.ct.gov/dph/site/default.asp
v.dhss.delaware.gov/dhss/dph/index.html
dc.gov/
v.floridahealth.gov/
georgia.gov/
iss.guam.gov/dph/
th.hawaii.gov/
v.healthandwelfare.idaho.gov/
v.idph.state.il.us/
v.in.gov/isdh/
.iowa.gov/
v.kdheks.gov/
s.ky.gov/agencies/dph/Pages/default.aspx
louisiana.gov/
v.maine.gov/dhhs/index.shtml

h.maryland.gov/Pages/Index.aspx
w.mass.gov/orgs/department-of-public-health
v.michigan.gov/mdch
v.fsmgov.org/ngovt.html
v.health.state.mn.us/
v.msdh.state.ms.us/
th.mo.gov/index.php
is.mt.gov/
s.ne.gov/Pages/default.aspx
1.nv.gov/
v.dhhs.nh.gov/
v.state.nj.us/health/
ealth.org/
w.health.ny.gov/
v.ncdhhs.gov/
v.ndhealth.gov/
.gov.mp/
w.odh.ohio.gov/
w.ok.gov/health/
v.oregon.gov/oha/ph/pages/index.aspx
v.palauhealth.org/
w.health.pa.gov/Pages/default.aspx
v.salud.gov.pr/Pages/Home.aspx

v.health.state.ri.us/
v.scdhec.gov/
sd.gov/
w.tn.gov/health.html
w.dshs.state.tx.us/
lth.utah.gov/
thvermont.gov/
.vi.gov/
v.vdh.state.va.us/
v.doh.wa.gov/
v.dhhr.wv.gov/bph/Pages/default.aspx
w.dhs.wisconsin.gov/
th.wyo.gov/