# EXHIBIT 11



Google

(732) 685-6403

All Maps Shopping Images News More Settings Tools

About 229 results (0.40 seconds)

www.whitepages.com › phone › 1-732-685-6387

732-685-6387 | Mobile phone - Freehold, NJ | Whitepages

Did you get a call or text from **732**-685-6387? View owner's full name, address, public records, and background check for 7326856387 with Whitepages reverse ...

dadsclassiccars.com › ...

1963 Chevrolet Corvette for sale in Manalapan, NJ ...

Information about Dealer. Roman Chariot Bus and Van Sales · Manalapan, NJ · (**732**) **685-6403**. Email This Seller. Go to Dealer Listing ...

dadsclassiccars.com › ...

2011 Ford Mustang for sale in Manalapan, NJ ...

... engine controller. If you have any more questions about this vehicle contact us at 732- 617 - 6066 for more information ... (**732**) **685-6403**. Email This Seller.

www.hemmings.com › classifieds › dealer › porsche

2010 Porsche 911C4S for sale #2333275 - Hemmings Motor ...

346 Route 9 North Manalapan, NJ 07726 | **732-685-6403**. Map Website. See more: Porsche listings (1,258) · 911C4S listings (12) · 2010 911C4S listings ...

You visited this page on 4/20/20.

www.hemmings.com › classifieds › cars-for-sale › corv...

1977 Chevrolet Corvette for sale #2368747 - Hemmings Motor ...

Rating: 5 - 3 reviews

346 Route 9 North Manalapan, NJ 07726 | **732-685-6403**. Map Website. See more: Chevrolet listings (6,528) · Corvette listings (1,930) · 1977 Corvette listings ...

www.jcaa.org › jcnl0809

17th Annual NJ Governor's Surf Fishing Tournament

... for a handicapped angler, please contact Greg Kucharewski at **732**-840-9197. ... interested, please contact me at RBthePirate@verizon.net or 609-**685-6403**.

www.okcaller.com › 73268564

Branchburg, NJ: Free Caller Name info: (732) 685-64##

Phone directory of numbers beginning 732-685-64## ... Ad. Recent SafeCaller Activity for Area Code 732 ... Realtime information for **732-685-6403**.

directory.youmail.com › directory › area

Reverse Phone Lookup - Maryland - 301 | YouMail

301-**685-6403**. Easy Money Scam. 301-686-5799. Disability Benefits Scam ... 301-**732**-8694. U******. 301-747-2278. A** O*****. 301-792-7707. E***********,I*.

www.courthousenews.com › 2020/04 › performance-bid PDF

Bid - Courthouse News

Apr 10, 2020 - PERFORMANCE SUPPLY LLC. POST OFFICE BOX 672. ENGLISHTOWN, NJ 07726. Telephone: +1 (**732**) **685-6403**. FORMAL QUOTE. TO:.

www.maxigossip.com › articolo

We Have Info on 402-685-64 From Oakland - MaxiGossip

... Lookup 941-702-7045 Reverse Phone Lookup 650-465-5427 Reverse Phone Lookup **732**-862-2796 Reverse Phone Lookup 304-410-3225 ... 402-**685-6403**

1  2  3  4  5  6  7  8  9      Next

**Cook County, Illinois** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms