# EXHIBIT 12

## Contact

www.linkedin.com/in/ronald-romano-0a155340 (LinkedIn)

## Top Skills

Transportation
Strategic Planning
New Business Development

# Ronald Romano

President at Roman Chariot Bus Sale's
Greater New York City Area

## Summary

40 years experience in Auto, Equipment, Bus, Van Sales. Personal and Commercial Finance.
CEO of multiple companies, and growing.

Web Links to my companies:

www.romenchariotbussales.com

www.romanchariotcars.com

www.cfsfinancing.com

---

## Experience

**Roman Chariot Bus Sale's**
President
October 2006 - Present (13 years 7 months)
346 Route 9 N, Manalapan NJ 07726

**Roman Chariot Bus & Van Sales, LLC**
CEO
January 2002 - January 2017 (15 years 1 month)
Manalapan, New Jersey

---

## Education

**Kingsborough Community College**
Associate's Degree, Business, Management, Marketing, and Related Support Services · (1980 - 1982)