AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| 3M Company | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| Performance Supply, LLC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
                Performance Supply, LLC
                3 Westbrook Way
                Manalapan, New Jersey 07726


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
                A. John P. Mancini
                Mayer Brown LLP
                1221 Avenue of the Americas
                New York, New York 10020
                (212) 506-2500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                            *CLERK OF COURT*

Date:   4/13/2020                                                    /s/ J. Gonzalez
                                                                     *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
 designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                  *Server's signature*

                                                  _____
                                                  *Printed name and title*

                                                  _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

United States District Court
Southern District of New York

---

3M Company

            Plaintiff

VS

Performance Supply LLC

            Defendant

**AFFIDAVIT OF SERVICE**

File/Index No.: 20 CV 02949
Issued On: 4/10/2020
Alt File/Index No.:
Calendar No.:

---

**SERVICE UPON: Performance Supply LLC**

STATE OF New York, COUNTY OF New York: ss

Harlin Parker being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

On 4/14/2020 at 8:10 AM at 3 Westbrook Way, Manalapan, NJ 07726, I effected service of process of the following documents: Summons; Complaint; Corporate Disclosure Statement; Form AO 120; Civil Cover Sheet upon Performance Supply LLC.

by delivering to and leaving a true copy thereof with Ronald Romano, a person authorized to accept said documents on behalf of Performance Supply LLC as a/the registered agent thereof.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: white Age: 50-60 Height: 5 9-6 2 Weight: 200 Hair: grey Other: beard

BRYANT TORRES
NOTARY PUBLIC
STATE OF NEW JERSEY
NO. 2406188

Subscribed and sworn before me on 4/25/2020

Notary Public  Bryant Torres
Notary #: 2406188 Qualified in County: Sussex
My Commission expires on: 3-24-2021

Harlin Parker 0793198
Target Legal Process Worldwide Corp.
233 Broadway, Suite 2065,
New York, NY 10279
(212) 227-9600



Order #:R86043

Corporate Service by Personal Delivery to an Agent which is a person