```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| 3M COMPANY,<br><br>　　　　Plaintiff,<br><br>　-versus-<br><br>PERFORMANCE SUPPLY, LLC,<br><br>　　　　Defendant. | 20 Civ. 2949 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

　　The dial in for the conference in this action set for Monday, May 4 is (888) 363-4734, access code: 4645450.  The parties are directed to call in at 11:00 a.m.

**SO ORDERED.**

Dated:　April 30, 2020
　　　　New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior U.S. District Judge