United States District Court
Southern District of New York

---

3M Company

    Plaintiff
  VS

Performance Supply LLC

    Defendant

**AFFIDAVIT OF SERVICE**

File/Index No.: 20 CV 02949
Issued On:
Alt File/Index No.:
Calendar No.:

---

**SERVICE UPON:** Performance Supply LLC

STATE OF ~~New York~~ NEW JERSEY, COUNTY OF ~~New York~~ MORRIS: ss

Harlin Parker being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

On 5/5/2020 at 10:15 AM at 3 Westbrook Way, Manalapan, NJ 07726, I effected service of process of the following documents: Order on Application for Preliminary Injunction dated 5/4/2020 upon Performance Supply LLC, a/the defendant in this matter/proceeding:

by delivering to and leaving a true copy thereof with Ronald Romano, who is a/the registered agent of/for Performance Supply LLC.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: white Age: 58 Height: 5 9 -6 2 Weight: 200 Hair: gray

---

JAMIE A HANDLIN
Notary Public - State of New Jersey
My Commission Expires Sep 8, 2024

Subscribed and sworn before me on

May 6, 2020
Notary Public:
Notary #: Qualified in County: morris
My Commision expires on:

Harlin Parker 0793198
Target Legal Process Worldwide Corp.
233 Broadway, Suite 2065,
New York, NY 10279
(212) 227-9600



Order #:R86075

Corporate Delivery to a person