```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-9-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
3M Company,                          :
                                     :     20 CV 2949 (LAP)
                  Plaintiff(s),      :
                                     :     **ORDER**
         -against-                   :
                                     :
Performance Supply, LLC              :
                                     :
                  Defendant(s).      :
                                     :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than December 17, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

*[signature: Loretta A. Preska]*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: December 9, 2021

New York, New York