UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 3M COMPANY,<br><br>                              Plaintiff,<br><br>     -against-<br><br>PERFORMANCE SUPPLY, LLC,<br><br>                              Defendant. | 1:20-cv-02949 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On September 29, 2022, Plaintiff reported to the Court that it "intends to promptly file a motion for a Default Judgment and a Permanent Injunction." ECF No. 33. Plaintiff has not yet done so. Accordingly, Plaintiff shall file a status letter by **December 1, 2022**. Furthermore, by separate order today, the Court is referring this case to the designated Magistrate Judge for the anticipated motion for a default judgment and permanent injunction, along with General Pretrial Purposes.

Dated: November 22, 2022
            New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge